UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERNEST I. MULLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PERKIN ELMER, SUCCESSOR OF )<br>EDGARTON, GREER AND )<br>GERNESHAUSEN, INC., )<br>)<br>Defendant. )<br>) | NO. 04 - 11702 (RGS) |

## DEFENDANT'S MOTION TO DISMISS

Defendant PerkinElmer respectfully requests the Court to dismiss the above-captioned action. Plaintiff Ernest Muller ("Muller") fails to state a claim upon which relief can be granted. See Fed. R. Civ. P. 12(b)(6). Moreover, even if one could interpret Muller's allegations in a way that might constitute a claim upon which relief could be granted, all applicable statutes of limitation have run, estopping Muller from bringing a cause of action. The grounds for dismissal are more fully set forth in the accompanying Memorandum of Law.

Respectfully submitted,

PERKINELMER, INC., SUCCESSOR OF
EDGERTON, GERMESHAUSEN AND
GRIER, INC.

By its attorneys,

John T. Gutkoski (BBO# 567182)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA  02110-3179
Telephone:  (617) 345-4600
Fax:  (617) 345-4745

August 24, 2004

Of Counsel:

James Mahanna
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
Telephone: (860) 275-0100
Fax: (203) 275-0343

## CERTIFICATE OF SERVICE

I, John T. Gutkoski, do hereby certify that I have served the within Defendant's Motion To Dismiss by causing copies to be mailed, first class postage prepaid, on this 24th day of August 2004 to:

>Ernest Muller
>62 Columbia Street
>Brookline, MA   02446
>
>Michael J. Sullivan
>United States Attorney
>District Of Massachusetts
>John Joseph Moakley United States Courthouse
>One Courthouse Way, Suite 9200
>Boston, MA   02210

_____
John T. Gutkoski