UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ERNEST I. MULLER,<br><br>    Plaintiff,<br><br>v.<br><br>PERKIN ELMER, SUCCESSOR OF EDGARTON, GREER AND GERNESHAUSEN, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) NO. 04 - 11702 (RGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT PERKINELMER

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3(A), PerkinElmer, Successor of Edgerton, Germeshausen and Grier, Inc. states that it has no parent corporation and no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

PERKINELMER, INC., SUCCESSOR OF
EDGERTON, GERMESHAUSEN AND
GRIER, INC.

By its attorneys,

_____
John T. Gutkoski (BBO# 567182)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA  02110-3179
Telephone:  (617) 345-4600
Fax:  (617) 345-4745

August 24, 2004

Of Counsel:

James Mahanna
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
Telephone: (860) 275-0100
Fax: (203) 275-0343

## CERTIFICATE OF SERVICE

    I, John T. Gutkoski, do hereby certify that on this 24th day of August 2004, I have served the within Corporate Disclosure Statement of the Defendant PerkinElmer by mailing copies thereof, first class, postage prepaid, to:

> Ernest Muller
> 62 Columbia Street
> Brookline, MA  02446
>
> Michael J. Sullivan
> United States Attorney
> District Of Massachusetts
> John Joseph Moakley United States Courthouse
> One Courthouse Way, Suite 9200
> Boston, MA  02210

                                      */s/ John T. Gutkoski*
                                      John T. Gutkoski