UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETS

ERNEST I. MULLER
    Plaintiff

v.

PERKIN ELMER successor of
EDGARTON, GREER AND
GERMESHAUSEN               NO. 04- 11702 (RGS)

Defendant.

_____

PLAINTIFF MOTION FOR EXTENSION

Plaintiff respectfully request an extension of 30 days to respond Defendant motion.

Dated this 7 day of 2004 September

By the Plaintiff
ERNEST I. MULLER, Pro-se
62, Columbia St.
Brookline. MA 02446

Certificate of Service

I, Ernest I. Muller pro-se herby certify that I have this day served copies of this document to the Defendant.
Ernest I. Muller