# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERNEST I. MULLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04 - 11702 (RGS) |
| ) | |
| PERKIN ELMER, SUCCESSOR OF ) | |
| EDGARTON, GREER AND ) | |
| GERNESHAUSEN, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S ASSENT TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Defendant PerkinElmer assents to Plaintiff's Motion for Extension of Time in which to respond to PerkinElmer's Motion to Dismiss. The Defendant assents to the requested 30-day extension, making Plaintiff's response due on or before October 7, 2004.

Respectfully submitted,

PERKINELMER, INC., SUCCESSOR OF
EDGERTON, GERMESHAUSEN AND
GRIER, INC.

By its attorneys,

 /s/  John T. Gutkoski
John T. Gutkoski (BBO# 567182)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA   02110-3179
Telephone:  (617) 345-4600
Fax:  (617) 345-4745

September 15, 2004

51281456_1.DOC  070860-99640

Of Counsel:

James Mahanna
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
Telephone: (860) 275-0100
Fax: (203) 275-0343

**CERTIFICATE OF SERVICE**

      I, John T. Gutkoski, do hereby certify that on this 15th day of September 2004, I have served the within Defendant's Assent to Plaintiff's Motion for Extension of Time by mailing copies thereof, first class, postage prepaid, to:

      Ernest Muller
      62 Columbia Street
      Brookline, MA   02446

      Michael J. Sullivan
      United States Attorney
      District Of Massachusetts
      John Joseph Moakley United States Courthouse
      One Courthouse Way, Suite 9200
      Boston, MA   02210

      /s/  John T. Gutkoski
      John T. Gutkoski