UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ERNEST I. MULLER
    Plaintiff

v.

PERKIN ELMER successor of
EDGARTON, GREER AND
GERMESHAUSEN
    Defendant.

FILED
IN CLERKS OFFICE

2004 SEP 21 P 2: 19

NO. 04-11702 (RGS)
U.S. DISTRICT COURT
DISTRICT OF MASS.

-------------------

Plaintiff response to Defendant
request to Dismiss.

I. The Plaintiff respectfully wish to bring to thus Court attention as a undenieble fact that Robert Healy as a Federal agent was instrumental introducing Plaintiff as the inventor of this monitoring device to the Defendant employes. The purpose of this act was to manufactoring this device for the US Government in " SUB ROSA", hence the reason agent Healy dissuated Plaintiff not to apply for Patent application, despite as a basic design was a waluable property.

II. The evidence regarding the ownership of this device, if there was anny daubt, the two exhibit letters from two prominent local Companies providing the proof.

III. As a further proof of ownersip of tis device before Edgarton , Greer and Germeshausen aquared in a fraudulent manner seeletter fromArthur D. Little of Cambridge and Product Development Corp. of Boston

IV. That US Govrnment ordred a quantity of this monitoring devicefrom E.G. and G. which was acknowledgein "publicly" at a much later date.

A     That Federal Governement in tandem with E,G. andG. conspired to get this device in illegal maner, granted E. G. and G.was newer owned by the Government but was in a captive position due to the facts  that most of this companyproduct ended in Federal Usage. There for  Federal Tort Claim Act is applicable in this case.

-1-

B. That the design of this monitoring device was and is Plaintiff property, patented or not. Was taken by E.G. and G. in a illegal act of misappro$\overset{R}{\text{i}}$ate way, which was a theft of proprietary information and theft of confidential information.

C. That Defendant claim of statutes limitation have run out Plaintiff respectfull asks the court to consider these rulings: in " Heckler v. New York (1095- August term 1983) the Second Circuit stated: Where the Government secretive conduct and clandestine policy prevent Plaintiff from knowing of a violation of rights, statutes of limitation have ben tolled," Also in " Hori V. USA (( NO 84-5460 January 21 1986) the Circuit Court for the District of Columbia stated: " The act of Government concealment tolls the statute of limitation ".

D. The Plaintiff asking the Court permission to include as evidence a ruling on a settlement after elapsed time of twentifive years. Printed evidence from Boston Globe Dated September 17, 1989, Roberts v. Sears.

Respectfully submitted
Ernest I Muller  Pro-se
62, Columbia St.
Brookline MA. 02446
(616) 277- 1736

Certificate of Service

I, Ernest I. Muller pro-se herby certify that I have tis day served copies of this document to the Defendant and Atty.

September 21 2004    Ernest I Muller

-2-

FILED
IN CLERKS OFFICE

2004 SEP 21  P 2: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

bismark
change from

EACH

>e, multi-tone or
are more tempting
price. Thick gifts,
e special, and one

Associated Press

CHICAGO – A former clerk for a Sears, Roebuck & Co. store in Gardner, Mass., has settled his dispute with the retail giant over profits from a popular socket wrench he invented more than 25 years ago.

Peter Roberts of Tennessee was 18 years old in 1964 when he invented a "quick release" wrench that eventually sold by the millions.

On Friday, the 44-year-old Roberts settled an $8.2 million patent infringement case that alleged Sears had cheated him out of his rightful royalties from the device.

Kathy Gucfa, a spokesman for Sears, declined to give any details of the agreement, saying part of the settlement is that neither side will comment on it.

Roberts was a clerk at a Sears store in Gardner, Mass., when he invented the wrench in his spare time. The wrench has a push button that permits removal of sockets from the tool with one hand.

Roberts obtained a patent for the wrench design in 1965, and Sears paid him $10,000 for rights to the patent.

He then joined the Air Force. While stationed in England, he saw a Sears catalog and was astounded at the display the wrench got because, he said, the company had led him to believe the tool had only minor sales potential.

But from 1965 to 1975, Sears sold more than 19 million of the wrenches for a net profit of more than $44 million, according to documents in the case.

Sent 17/p9

## Art will return to German church

DALLAS – A collection of medieval art treasures that an American soldier took out of Germany at the end of World War II will be returned to a German church under a settlement announced yesterday. In exchange, the soldier's family will receive about $1 million, The New York Times reported today. The soldier, Joe T. Meador, died in 1980, leaving the collection to his brother and sister. Including an agreement about a manuscript, the payment will raise to nearly $2.75 million the amount the sol

## Freed hinted

BEIRUT — ian grou issued a stat gesting that would releas have been h than three y the Fatah R said the rele tekins, his w their two chi Valerie, wou Libyan lead dafy's appea