UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11702- RGS

ERNEST I. MULLER

v.

PERKIN ELMER, SUCCESSOR OF
EDGARTON, GREER AND
GERNESHAUSEN, INC.

ORDER OF DISMISSAL

November 9, 2004

STEARNS, D.J.

The court sees no reason to belabor the reasons offered by defendant Perkin Elmer for dismissing this case – the inapplicability of the Federal Tort Claims Act, the absence of an actual patent, and the statute of limitations bar — all of which are sufficient to justify the court's action. Rather the court relies on its authority to sua sponte dismiss cases that are patently frivolous or incurable by amendment. See Clorox Co. Puerto Rico v. Proctor & Gamble Commercial Co., 228 F.3d 24, 30-31 (1st Cir. 2000). Cf. Neitzke v. Williams, 490 U.S. 319, 329 (1989). Accordingly, the case is DISMISSED with prejudice.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE